# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH HEYWARD,<br>**Plaintiff,** | : | CIVIL ACTION |
| v. | : | NO. 19-5469 |
| CITY OF PHILADELPHIA, *et al.*,<br>**Defendants.** | : | |

## ORDER

**AND NOW**, this 8th day of January 2020, upon studying Plaintiff's Complaint (ECF Doc. No. 4) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **amend** the docket to reflect Plaintiff is currently housed at SCI-Forest (and not SCI-Phoenix), based on information available in the Pennsylvania Inmate Locator;

2. We **dismiss** Plaintiff's Complaint (ECF Doc. No. 4) for failing to state a claim without prejudice to Plaintiff filing a <u>new</u> case only in the event the state court reverses, vacates, or otherwise invalidates his conviction; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.